JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-03817-CJC(RNBx) | Date | July 17, 2014 |
| Title | Lehman Brothers Holdings, Inc. v. Bondcorp Realty Services, Inc. | | |

Present: The Honorable     CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT, STIPULATION TO VACATE STATUS CONFERENCE AND STIPULATION FOR ADMINISTRATIVE CLOSURE OF CASE AND/OR DISMISSAL WITHOUT PREJUDICE

       The Court, having been advised by the parties that this action has been settled by notice of settlement filed on July 17, 2014, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

       The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

                                                    :     0

Initials of Preparer    mu