# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEHMAN BROTHERS HOLDINGS, INC.,** | Case No.: LACV 09-03817-CJC(RNBx) |
| Plaintiff, | |
| v. | JUDGMENT |
| **BONDCORP REALTY SERVICES, INC.,** | |
| Defendant. | |

On November 25, 2014, the Court granted Plaintiff Lehman Brothers Holdings, Inc.'s ("LBHI") motion to reopen the case and enter judgment against Defendant Bondcorp Realty Services, Inc. ("Bondcorp") pursuant to the parties' settlement agreement. The Court found that Bondcorp is liable under the terms of the settlement

-1-

agreement. Accordingly, judgment is hereby entered in favor of LBHI in the amount of $950,000.00, plus post-judgment interest pursuant to 28 U.S.C. §1961.

DATED: November 25, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE